IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-01422-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 25, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                          *Counsel:*

RICHARD BARON ZEVALKING IV, *et al*.,            Tamas Viski-Hanka

    Plaintiffs,

v.

CHASE HOME FINANCE,                                          Michael Mahoney Frandina
                                                                                Mark Cameron Willis

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:    11:05 a.m.**
Court calls case. Appearances of counsel. Mr. Richard Baron Zevalking, IV is present with counsel.

Mr. Viski-Hanka informs the court that he has entered his appearance on behalf of both plaintiffs (Docket No. 31, filed on 1/25/2013).

The court addresses the parties regarding the defendant's MOTION to Compel Discovery Responses (Docket No. 21, 12/19/2012), the defendant's MOTION to Compel Depositions (Docket No. 27, filed on 1/17/2013), and the current discovery deadlines in place.

Defense counsel informs the court that it would like to have the pending motions addressed. Defense counsel does not want to reopen discovery. Plaintiffs' counsel would like to have an extension of the discovery deadlines but feels the Final Pretrial Conference set for May 7, 2013 at 10:00 a.m. can remain the same.

**ORDERED:**   The court shall extend the discovery cut off to **April 5, 2013**; the dispositive motions deadline is extended to **April 30, 2013**; the Final Pretrial Conference shall be

       rescheduled to **June 27, 2013 at 10:00 a.m.** The parties shall file their proposed Final Pretrial Order (and also email an editable version to Shaffer_Chambers@cod.uscourts.gov) **on or before June 20, 2013**.

Discussion between the court and the parties regarding the taking of the plaintiffs' depositions and if both plaintiffs will need to be deposed.

**ORDERED:** The court **GRANTS** the defendant's MOTION to Compel Discovery Responses (Docket No. 21,12/19/2012). The plaintiff shall respond (in accordance with Rule 30, Rule 26, and all other Federal Rules of Civil Procedure) **no later than 3 weeks from today's date**. The court **GRANTS** the defendant's MOTION to Compel Depositions (Docket No. 27, filed on 1/17/2013). The plaintiffs' shall be required to appear for any properly noticed depositions set by the defendant.

Defense counsel addresses the court with their concerns regarding the reopening of discovery. Discussion between the court and defense counsel regarding Rule 1 and recovering costs and fees from obtaining a court reporter for the plaintiffs' deposition. The court informs defense counsel that they are free to file a motion to recover costs and fees from obtaining a court reporter. Discussion between the court and defense counsel regarding Rule 37 and Magistrate Judge Shaffer's practice standards pertaining to discovery disputes.

Discussion between the court and the parties regarding how to best get this case moving forward.

Mr. Viski-Hanka would like to put on the record that defense counsel has agreed to provide him with their discovery requests.

HEARING CONCLUDED.

**Court in recess**: **11:31 a.m.**
Total time in court: 00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.