IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-01422-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             September 17, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*

RICHARD BARON ZEVALKING IV, *et al.,*

    Plaintiffs,

v.

CHASE HOME FINANCE,

    Defendant.

*Counsel:*

E. Dwight Taylor

Michael M. Frandina
Mark C. Willis

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      1:29 p.m.**
Court calls case.  Appearances of counsel and *pro se* Plaintiff Richard B. Zevalking IV.

This matter is before the court regarding Plaintiff Sharron Gayle's **MOTION to Dismiss** [Doc. No. 53, filed 08/01/2013] and **Defendant's MOTION for Summary Judgment** [Doc. No. 39, filed 06/04/2013].

Counsel for Plaintiff presents oral argument and engages in discussion with the court.

Defense counsel states they do not object to Plaintiff Sharron Gayle's dismissal of claims but wish to preserve the potential liability for attorneys' fees and costs.  Discussion between the court and the parties regarding Defendant reserving their right to seek attorneys' fees and costs at a later time.

**ORDERED:**     Plaintiff's **MOTION to Dismiss** [Doc. No. 53, filed 08/01/2013] is **GRANTED**.  Based on the parties' statements, the court finds pursuant to Rule 41(a)(2) that this action, at least as to claims asserted by Ms. Gayle, be **DISMISSED WITH PREJUDICE**.  In dismissing these claims, the court is dismissing them *without prejudice* as to Chase Home Finance's right to pursue attorneys' fees and costs and *without prejudice* as to Ms Gayle's right to assert any legal and equitable defenses if such a request for fees and costs

are asserted.

The court moves next to **Defendant's Motion for Summary Judgement** as to claims asserted by Mr. Zevalking.

Discussion between the court and Mr. Zevalking regarding his Response to the Motion, mortgage payments made, and the Complaint before the court. The court notes because Mr. Zevalking is not a borrower, Chase Home Finance had no legal duties to him nor owed him a standard of care. The court also notes Plaintiff has not responded to the legal arguments raised in the Motion for Summary Judgment and has not met his burden to establish a genuine issue of material fact under Rule 56.

Counsel for Defendant states he has no additional argument regarding the pending Motion and engages in discussion with the court regarding Plaintiff's CCPA and deceptive trade practice claims.

The court states it will issue a written Recommendation that the Motion for Summary Judgment be granted and that Mr. Zevalking's claims be dismissed with prejudice.

HEARING CONCLUDED.
**Court in recess**:     **2:11 p.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.