**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01422-PAB-CBS

RICHARD BARON ZEVALKING IV,

    Plaintiff,

v.

CHASE HOME FINANCE,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 58] of Judge Philip A. Brimmer entered on October 23, 2013 it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 57] is **ACCEPTED**.  It is

**FURTHER ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 39] is **GRANTED**.  It is

**FURTHER ORDERED** that judgment shall enter in favor of the Defendant and against the Plaintiff.  It is

**FURTHER ORDERED** that this case is dismissed.

Dated at Denver, Colorado this 31st day of October, 2013.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

                    s/Kathy Preuitt-Parks

                    Kathy Preuitt-Parks
                    Deputy Clerk